10-CA-006301

10- 375360A

# IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT,
# IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

AMADOU WANE and MERLANDE WANE

Plaintiffs,

v.

CASE NO: 10-CA-006301

THE LOAN CORPORATION,

BANKUNITED FSB, BANKUNITED,

Defendant(s)

AUG 10 2011

CLERK OF CIRCUIT COURT
HILLSBOROUGH COUNTY, FL

## Amended COMPLAINT TO QUIET TITLE

COMES NOW, the Plaintiffs, AMADOU WANE and MERLANDE WANE (hereinafter "the Wanes"), and hereby sue the Defendants, THE LOAN CORPORATION and allege:

1. This is an action to quiet title owned by the Wanes in fee simple and located at 14614 Canopy Drive, Tampa, Hillsborough County, Florida, and more fully described as follows:

   **Lot 5, Block 8, HIGHLAND PARK PHASE 1, according to the map or plat thereof, as recorded in Plat Book 96, Page 54-1 thru 54-19, of the Public Records of Hillsborough County, Florida.**

2. Plaintiffs' title to the above-described property is derived from the Warranty Deed from Weekley Homes L.P., a Delaware limited partnership to the Plaintiffs, recorded at O.R. 15294, pg. 487, Public Records of Hillsborough County, Florida. A copy of said Warranty Deed is attached as Exhibit "A".

3. Plaintiffs reside at 14614 Canopy Drive, Tampa, Hillsborough County, Florida.

1

4. Defendant THE LOAN CORPORATION is a Delaware corporation that does business in the state of Florida, with its principal place of business at 5010 West Carmen Street Suite 2300, Tampa, Florida 33609.

5. The Mortgage is invalid and unenforceable in that it has been rescinded on August 30, 2009 pursuant to TILA, 15 U.S.C § 1635 and Regulation Z, 12 C.F.R § 226.23. A copy of said rescission letter is attached as Exhibit "B".

6. The Mortgage was improperly notarized therefore invalid and unenforceable. The jura shows Harry Guemarez as a witness. However, Guemarez was not present at the closing.

7. The LOAN CORPORATION did not lend any money as shown by Exhibit "C", therefore has no interest in the underlying mortgage.

8. The Mortgage remains unsatisfied of record and constitutes a cloud on Plaintiffs' title to the property.

WHEREFORE, the Plaintiffs request this Honorable Court to enter its judgment against Defendant declaring the Mortgage recorded at O.R. 15294, pg. 487, null and void; canceling the Mortgage of record; quieting title to the property owned by Plaintiffs and against Defendant and all persons claiming under Defendants; and granting costs of this action and such other relief as the Court may deem proper.

AMADOU WANE & MERLANDE WANE
13046 Race Track Rd #118
Tampa, FL 33626
(813) 992-5670
amadou@amadouWane.com