# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMADOU WANE, MERLANDE WANE

Plaintiffs,

-v-

CASE NO: 8:11-CIV-2126-T-33AEP

THE LOAN CORPORATION,
BANKUNITED FSB, BANKUNITED

Defendants

——————————————/

## NOTICE OF FILING

**NOW INTO COURT,** comes Plaintiff AMADOU WANE and files this Notice of Filing the certified copy of USPS Certified Mail Receipt and USPS Domestic Return Receipt.

Respectfully submitted, this 03 day of October, 2011

By: /s/ Amadou Wane
    AMADOU WANE
    13046 Race Track Rd., #118
    Tampa Florida 33626
    (813) 343-0438
    amadou@amadouwane.com

1

# CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing to BankUnited FSB, BankUnited using CM/ECF system.

Joryn Jenkins & Associates
3839 West Kennedy Blvd.
Tampa, FL 33609
Phone: (813) 870-3839
joryn@jorynJenkinsLaw.com

Albertelli Law
P.O Box 23028
Tampa, FL 33623

_____/s/Amadou Wane_____
Amadou Wane, Plaintiff

2

STATE OF FLORIDA

COUNTY OF _N.llsBOROUGH_

On this _29TH_ day of _SEPTEMBER_ , 2011, I attest that the preceding or attached

document is a true, exact, complete, and unaltered photocopy made by me of USPS CERTIFIED

MAIL RECEIPT and USPS DOMESTIC RETURN RECEIPT presented to me by the

document's custodian, AMADOU WANE, and, to the best of my knowledge, that the

photocopied document is neither a vital record nor a public record, certified copies of which are

available from an official source other than a notary public.

_Notary Public_

My Commission Expires: _1/19/2013_

ROBERT ARTHUR RULLY
Comm# DD0851111
Expires 1/19/2013
Florida Notary Assn Inc

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shedrick Frier*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*) Shedrick F  C. Date of Delivery SEP 0 2 2009 |
| 1. Article Addressed to:<br><br>Bank United<br>P O Box 53 8613<br>Atlanta, GA 30353-8613 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7009 0820 0002 3463 0833 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ATLANTA GA 30353

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.8 |
| Return Receipt Fee (Endorsement Required) | | $2.3 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.54 |

Sent To Bank United
Street, Apt. No.; or PO Box No. P O Box 53 8613
City, State, ZIP+4 Atlanta, GA 30353

PS Form 3800, August 2006    See Reverse for Instructions

7009 0820 0002 3463 0833