## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AMADOU WANE, MERLANDE WANE

     Plaintiffs,

vs.                        Case No: 8:11-cv-2126-VMC-AEP

THE LOAN CORPORATION,
BANKUNITED FSB, BANKUNITED

     Defendants.

_____/

### NOTICE OF UNAVAILABILITY

The undersigned attorney files this notice of unavailability and states that she will be unavailable from December 19, 2011 to January 2, 2012, and respectfully requests that no hearings, depositions, or trials that require her presence, be scheduled during this time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. Mail on this 14th day of November, 2011 to Amadou Wane and Merlande Wane, 13046 Race Track Rd, #118, Tampa, FL 33626; Gary Carman, Esquire, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131; and Tracy Evans, Albertelli Law, P.O. Box 23028, Tampa, FL 33623.

                              ____/s/Joryn Jenkins_____
                              JORYN JENKINS, ESQUIRE
                              Florida Bar Number 366072
                              JORYN JENKINS & ASSOCIATES
                              3839 West Kennedy Boulevard
                              Tampa, Florida 33609
                              Phone: 813/870-3839
                              Facsimile: 813/877-3839
                              Joryn@JorynJenkinsLaw.com

                              Counsel for Federal Deposit
                              Insurance Corporation