UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE, MERLANDE WANE

    Plaintiffs,

vs.                                     Case No: 8:11-cv-2126-VMC-AEP

THE LOAN CORPORATION,
BANKUNITED FSB, BANKUNITED

    Defendants.
_____/

## NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING MEDIATION

PLEASE BE NOTIFIED that a mediation conference has been scheduled, in the above-styled cause, on **Wednesday, February 29, 2012 beginning at 1:00 p.m.** Mediation will be held at Whitney Bardi Mediation Group, Inc., 3001 N Rocky Point Dr E #200, Tampa, FL 33607, 813-884-9333. The mediator will be James W. Whitney, Esquire.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. Mail on this 12th day of December, 2011 to Amadou Wane and Merlande Wane, 13046 Race Track Rd, #118, Tampa, FL 33626 and Gary Carman, Esquire, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131.

                                                JORYN JENKINS, ESQUIRE
                                                Florida Bar Number 366072
                                                LORI KAPALKO, ESQUIRE
                                                Florida Bar Number 011961
                                                JORYN JENKINS & ASSOCIATES
                                                3839 West Kennedy Boulevard
                                                Tampa, Florida 33609
                                                Phone: 813/870-3839
                                                Facsimile: 813/877-3839
                                                Joryn@JorynJenkinsLaw.com

                                                Counsel for Federal Deposit
                                                Insurance Corporation

**Time cleared with all parties 12-6-11**
**Cc: James Whitney, Esq.**

In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this mediation should contact A.D.A. Coordinator not later than seven (7) days prior to the proceeding at 272-7040 or via Florida Relay Service at 1-800-955-8770.