# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AMADOU WANE, MERLANDE WANE

Plaintiffs,

-v-

CASE NO: 8:11-CIV-2126-VMC-AEP

THE LOAN CORPORATION,
BANKUNITED,

Defendants

_____/

## REQUEST FOR JUDICIAL NOTICE

Plaintiff, **Amadou Wane**, hereby requests that the Court take judicial notice of Florida Department of Revenue Tax Information Publication No: 11B04-01 issued on June 23, 2011. The document is attached as "Exhibit A". This request is made pursuant to Rule 201 of Federal Rules of Evidence.

For the foregoing reason, "Exhibit A" may properly be considered by the Court in ruling on Plaintiff claim that BankUnited is required to paid the required documentary stamp tax (a.k.a transfer tax).

Respectfully submitted, this 16 day of May, 2012.


                               By: /s/ Amadou Wane
                                    AMADOU WANE
                                    13046 Race Track Rd., #118
                                    Tampa Florida 33626
                                    (813) 343-0438
                                    amadou@amadouwane.com


## CERTIFICATE OF SERVICE

       I hereby certify that I have this date electronically filed the foregoing to BankUnited using CM/ECF system.


Gray Robinson P.A
1221 Brickell Avenue
Suite 1600
Miami, FL 33131


                                    /s/*Amadou Wane*
                                    Amadou Wane, Plaintiff