UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE, et al.,

    Plaintiffs,

v.   Case No. 8:11-cv-02126-T-33AEP

THE LOAN CORPORATION, et al.,

    Defendants.
_____/

# O R D E R

THIS MATTER is before the Court on the Plaintiffs' **Motion to Compel Production of Documents** (Dkt. No. 82), Defendants' Response thereto (Dkt. No. 93), and Plaintiffs' Motion to Strike Defendants' Responses (Dkt. No. 94). Also before the Court is Plaintiffs' **Motion to Compel Responsive Answers to Interrogatories and Memorandum of Law in Support** (Dkt. No. 83), and Defendants' Response thereto (Dkt. No. 88). The Court addressed these motions at a hearing on October 15, 2012.

Accordingly, for the reasons stated at the hearing, it is hereby **ORDERED** that:

1) Plaintiffs' Motion to Compel Production of Documents (Dkt. No. 82) is **DENIED**. In light of Defendants' Response (Dkt. No. 93), the Court is satisfied that all responsive documents that are in Defendants' custody and control have been produced. The Court cannot order Defendants' to provide documents that are not in their possession;

2) Plaintiffs' Motion to Strike (Dkt. No. 94) is **DENIED**;

3) Plaintiffs' Motion to Compel Responsive Answers to Interrogatories and Memorandum of Law in Support (Dkt. No. 83) is **GRANTED IN PART** (as to Request Nos. 4, 6, 7, 10, and 12) **AND DENIED IN PART** (as to Request Nos. 2, 3, 8, and 13);

4) While Request No. 3 is **DENIED** as to a list of all BankUnited computer systems, the Court directs the Defendants to provide a list containing Plaintiffs' loan, with other loan holders' information redacted, to Plaintiffs within five (5) days of the date of this Order; and

5) Defendants are also directed to provide Plaintiffs, within five (5) days of the date of this Order, with the following: the address requested in Request No. 6; the name and address of the custodian of record for BankUnited in Request No. 7; the name and address of the current head of Post-Closing Dept. of BankUnited, N.A. in Request No. 12; and the answers Defendants' provided orally at the hearing for Request Nos. 4 and 10.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of October, 2012.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record