UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE, et al.,

      Plaintiffs,

v.                                                Case No. 8:11-cv-02126-T-33AEP

THE LOAN CORPORATION, et al.,

      Defendants.
_____/

## O R D E R

THIS MATTER is before the Court on Plaintiffs' **Motion to Compel Defendant to Appear for Deposition** (Dkt. No. 102), Defendant Bank United, N.A.'s Response thereto (Dkt. No. 106), and Plaintiffs' **Motion for Leave to File Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Deposition** (Dkt. No. 118). Also before the Court is Defendant Bank United, N.A.'s **Motion to Compel the Deposition of Amadou Wane and Motion for Sanctions Against Amadou Wane, or in the Alternative, Motion to Recover Reasonable Expenses** (Dkt. No. 104), and Plaintiffs' Response thereto (Dkt. No. 117). Also before the Court is Defendant Bank United, N.A.'s **Motion to Compel Rule 26(a) Disclosures and for Sanctions** (Dkt. No. 105), and Plaintiffs' Response thereto (Dkt. No. 111). Lastly, before the Court is Plaintiffs' **Motion to Compel Deposition of Patricia Fallmann and for Sanctions** (Dkt. No. 108). The Court addressed these motions at a hearing on November 1, 2012.

Accordingly, for the reasons stated at the hearing, it is hereby **ORDERED** that:

1) Plaintiffs' Motion to Compel Defendant to Appear for Deposition (Dkt. No. 102) is **DENIED**;

2) Plaintiffs' Motion for Leave to File Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Deposition (Dkt. No. 118) is **DENIED AS MOOT** in light of the hearing;

3) Defendant Bank United, N.A.'s Motion to Compel the Deposition of Amadou Wane and Motion for Sanctions Against Amadou Wane, or in the Alternative, Motion to Recover Reasonable Expenses (Dkt. No. 104) is **GRANTED**. As the Court finds that Mr. Wane lacked good cause for his actions, Mr. Wane is directed to appear for his deposition to be scheduled in Miami, Florida, and Mr. Wane is directed to pay $150.00 to Defendant Bank United, N.A. as costs;

4) Defendant Bank United, N.A.'s Motion to Compel Rule 26(a) Disclosures and for Sanctions (Dkt. No. 105) is **DENIED AS MOOT** as Disclosures have been provided;

5) Plaintiffs' Motion to Compel Deposition of Patricia Fallmann and for Sanctions (Dkt. No. 108) is **DENIED WITHOUT PREJUDICE**;

6) The Court directs the parties to file any motions related to discovery disputes on or before November 16, 2012;

7) The discovery deadline shall be November 30, 2012;

8) The Court directs the parties to file any dispositive motions on or before December 17, 2012;

2

9) All other deadlines and dates set forth in the Amended Case Management and Scheduling Order (Dkt. No. 86) shall remain unaffected; and

10) The parties are directed to appear at a hearing, in person or telephonically, on November 21, 2012 at 10:00 a.m. in Tampa Courtroom 10A before Magistrate Judge Anthony E. Porcelli to address any pending discovery motions.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of November, 2012.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:
Counsel of Record

3